# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVATION TOYS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ONLY HEARTS CLUB, *et al.* <br><br> Defendants. | Case No. 14-cv-01711-R (MANx) <br><br> **JUDGMENT** |

1  The Court having granted Defendants' Motion to Dismiss the Complaint with
2 prejudice as to the entire Complaint in this matter:
3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff
4 Ovation Toys Co., Ltd., will take nothing by reason of the Complaint and that
5 JUDGMENT IS ENTERED in favor of Defendants Only Hearts Club; OHC Group,
6 LLC.
7 Date: March 9, 2015

By: _____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE